**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| BENTLEY, PAUL | ) | |
| BENTLEY, DELPHINE M. | ) | CASE NO. 06-14155 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    U.S. BANKRUPTCY COURT
             Kane County Courthouse
             100 S. 3rd Street, Room 140
             Geneva, IL  60134

    on:    **June 21, 2007**
    at:    **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts    $ 61,501.03

    b. Disbursements    $ 0.00

    c. Net Cash Available for Distribution    $ 61,501.03

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ 0.00 | $ 6,325.05 | $ |
| JOSEPH R. VOILAND | $ 0.00 | $ | $ 335.63 |

Trustee

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $109,401.06, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $50.13%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank / Discover Financial Service | $ 10,915.22 | $ 5,471.56 |
| 2 | Discover Bank / Discover Financial Service | $ 8,996.08 | $ 4,509.54 |
| 3 | Chase Bank USA, N.A. | $ 14,984.23 | $ 7,511.27 |
| 4 | Chase Bank USA, N.A. | $ 5,365.46 | $ 2,689.59 |
| 5 | Chase Bank USA, N.A. | $ 4,945.26 | $ 2,478.95 |
| 6 | Chase Bank USA, N.A. | $ 3,146.52 | $ 1,577.28 |
| 7 | Chase Bank USA, N.A. | $ 9,575.59 | $ 4,800.03 |
| 8 | Chase Bank USA, N.A. | $ 4,896.54 | $ 2,454.53 |
| 9 | Emerge MasterCard Gold | $ 1,253.83 | $ 628.52 |
| 10 | eCAST Settlement Corporation assignee of | $ 4,910.23 | $ 2,461.39 |
| 11 | eCAST Settlement Corporation assignee of | $ 790.17 | $ 396.09 |
| 12 | Advanta Bank Corp | $ 14,612.08 | $ 7,324.71 |
| 13 | American Express Bank FSB | $ 12,676.57 | $ 6,354.49 |
| 14 | LVNV Funding LLC its successors and assigns as | $ 3,265.54 | $ 1,636.94 |
| 15 | LVNV Funding LLC its successors and assigns as | $ 2,246.60 | $ 1,126.17 |
| 16 | eCAST Settlement Corporation assignee of | $ 6,821.14 | $ 3,419.29 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Cash - $100.00; Checking Account (KCTCU Acct. No. 20606) - $200.00; Checking Account (KCTCU Acct. No. 20560) - $1,000.00; Checking Account (KCTCU Account No. 20600) - $1,000.00; Checking Account (Chase Account No. 41048) – $1,000.00; Household Goods - $500.00; Hummell Figurines - $1,000.00; Wearing Apparel - $200.00; IRAs - $30,000.00; Pension - $24,000.00; 1998 Mercury Villager – $1,800.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **May 22, 2007**                         For the Court,


                                                    By:   **KENNETH S GARDNER**
                                                          Kenneth S. Gardner
                                                          Clerk of the United States Bankruptcy Court
                                                          219 S. Dearborn Street, 7th Floor
                                                          Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

...-4155  Doc 29  Filed 05/22/07  Entered 05/25/07 00:14:23  Desc Imaged
Certificate of Service  Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7              Page 1 of 1              Date Rcvd: May 22, 2007
Case: 06-14155                      Form ID: pdf002          Total Served: 30
```

The following entities were served by first class mail on May 24, 2007.
```
db            Paul Bentley,    1050 N. Farnsworth Avenue, Apt. 403,    Aurora, IL 60505-2095
jdb           Delphine M. Bentley,    1050 N. Farnsworth Avenue, Apt. 403,    Aurora, IL 60505-2095
aty          +Linda M Holzrichter,    Law Offices Of Linda M. Holzrichter,    16 S Locust St,
               Aurora, IL 60506-4034
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
cr            American Express Travel Related Svcs Co Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
10991349      AT&T Universal Card,    5398 8000 0857 5047,    P.O. Box 688901,    Des Moines, IA 50368-8901
10991346      Advanta,    PO Box 3001,    Malvern, PA 19355-0701
11219545      Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11219609      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10991347      American Express Travel Related Svcs Co Inc,    PO Box 3001,    Malvern, PA 19355-0701
10991348      Ameriquest - HSBC,    5458 0040 5209 7985,    P.O. Box 21550,    Tulsa, OK 74121-1550
10991350      Bank of America,    4319041017820475,5491000051025398,    P.O. Box 1516,    Newark, NJ 07101-1516
10991351      Capital One FSB,    4791241843410593,4802131517824855,    P.O. Box 790217,
               St. Louis, MO 63179-0217
11093674     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10991352      Chase Cardmember Service,    4266880021261777,5407301006883292,    P.O. Box 15153,
               Wilmington, DE 19886-5153
10991353      Citi Cards,    5424180739730353,5308935350811035,    P.O. Box 688902,    Des Moines, IA 50368-8902
10991355      Emerge,    5181 8600 0060 3818,    P.O. Box 23007,    Columbus, GA 31902-3007
11100171      Emerge MasterCard Gold,    P.O. Box 23051,    Columbus, GA 31902-3051
10991356      GM Cardmember Services,    5437 0306 0458 0554,    P.O. Box 37281,    Baltimore, MD 21297-3281
10991358      HSBC Card Services,    5491 1100 0092 1488,    P.O. Box 88000,    Baltimore, MD 21288-0001
10991357      Harris Bankcard Services,    4681 2110 1151 5526,    P.O. Box 15137,    Wilmington, DE 19886-5137
11221486      LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10991359      MBNA America Bank,    749 80029 052 499,    P.O. Box 15102,    Wilmington, DE 19886-5102
10991360      National City,    4436 0030 0179 2936,    P.O. Box 856176,    Louisville, KY 40285-6176
10991361      Providian,    5418 2750 0329 6616,4185 8657 6376 8624,    Washington Mutual Card Services,
               P.O. Box 660487,    Dallas, TX 75266-0487
10991362      Ventus Capital Services LP,    6011 0075 7250 0451, 6011 0070 5700 4680,    P.O. Box 145,
               Buffalo, NY 14220-0145
11219539      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
11224087      eCAST Settlement Corporation assignee of,    HSBC Bank NA/Direct Merchants,    Credit Card Bank NA,
               POB 35480,    Newark NJ 07193-5480
```

The following entities were served by electronic transmission on May 23, 2007.
```
10991354      E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2007 02:30:01      Discover Card,
               6011 0075 7250 0451, 6011 0070 5700 4680,    P.O. Box 30395,    Salt Lake City, UT 84130-0395
11082716      E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2007 02:30:01
               Discover Bank / Discover Financial Service,    POB 3025,    New Albany Ohio 43054-3025
                                                                                                 TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 24, 2007**          **Signature:** _/s/ Joseph Speetjens_