UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| PAUL and DELPHINE BENTLEY, | ) | CASE NO. 06-14155 |
| | ) | |
| DEBTORS. | ) | HON. MANUEL BARBOSA |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:** **Joseph Voiland, Esq.
1625 Wing Road
Yorkville, IL 60560
Registrant's e-mail: jrvoiland@sbcglobal.net**

**Please Take Notice** that on Tuesday, October 9, 2007, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: October 9, 2007         BY: /s/ Roman Sukley
                               Roman Sukley, Trial Attorney
                               OFFICE OF THE U.S. TRUSTEE
                               227 WEST MONROE, SUITE 3350
                               CHICAGO, ILLINOIS  60606
                               (312) 886-3324

**CERTIFICATE OF SERVICE**

I, Roman Sukley, Trial Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on October 9, 2007.

/s/ Roman Sukley